1  Jeremy S. Golden (SBN 228007)
2  Golden & Cardona-Loya, LLP
3  3130 Bonita Road, Suite 200B
   Chula Vista, CA 91910
4  jeremy@goldencardona.com
   Phone: 619-476-0030; Fax: 775-743-0307
5  Attorney for Plaintiff

6

7

8

9                 UNITED STATES DISTRICT COURT
                  CENTRAL DISTRICT OF CALIFORNIA
10

11  ROSA MALDONADO, an individual,  )  Case No.: CV13-03403 -JEM
    and CARLOS MALDONADO, an        )
12  individual                      )  COMPLAINT AND DEMAND FOR
                                     )  JURY TRIAL (Unlawful Debt
13                                   )  Collection Practices)
            Plaintiffs              )
14                                   )
                                     )
15  v.                              )
                                     )
16                                   )
    LHR, INC., a corporation;        )
17  GOLDSMITH & HULL, APC, a         )
    professional corporation; and DOES 1 )
18  through 10 inclusive,            )
                                     )
19                                   )
                                     )
20                    Defendants.    )
                                     )
21

22

23

24                      I. INTRODUCTION

25       1.     This is an action for damages brought by individual consumers against

26  Defendants for violations of the Fair Debt Collection Practices Act, 15 U.S.C. §1692, *et seq.*

27  ("FDCPA") and the California Rosenthal Act, Civil Code §1788 *et seq.* ( "Rosenthal Act")

28  both of which prohibit debt collectors from engaging in abusive, deceptive, and unfair

    practices.

## II. JURISDICTION AND VENUE

2.     Jurisdiction of this Court arises under 15 U.S.C. §1692k(d) and 28 U.S.C. §1331.  Supplemental jurisdiction exists for the state law claims pursuant to 28 U.S.C. §1367. Venue in this District is proper in that the Defendants transact business here and the conduct complained of occurred here.

## III. PARTIES

3.     Plaintiff ROSA MALDONADO is a natural person residing in the state of California, County of Los Angeles.

4.     Plaintiff CARLOS MALDONADO is a natural person residing in the state of California, County of Los Angeles.

5.     Defendant LHR, INC. at all times relevant was a corporation doing business of collecting debts in Los Angeles County, California operating from an address at 56 Main Street, Hamburg, NY 14075.

6.     Defendant GOLDSMITH & HULL, APC at all times relevant was a professional corporation doing business of collecting debts in Los Angeles County, California operating from an address at 16933 Parthenia St., Suite 110, Northridge, CA 91343.

7..     Defendants are engaged in the collection of debts from consumers using the mail and telephone.  Defendants regularly attempt to collect consumer debts alleged to be due to another. Defendants are "debt collectors" as defined by the FDCPA, 15 U.S.C. §1692a(6), and by the Rosenthal Act, California Civil Code 1788.2(c).

8.     The true names and capacities, whether individual, corporate (including officers and directors thereof), associate or otherwise of Defendants sued herein as DOES 1 through 10, inclusive, are unknown to Plaintiff, who therefore sues these Defendants by such fictitious names.  Plaintiff is informed and believes, and alleges that each Defendant designated as a DOE is involved in or is in some manner responsible as a principal, beneficiary, agent, co-conspirator, joint venturer, alter ego, third party beneficiary, or otherwise, for the agreements, transactions, events and/or acts hereinafter described, and

1   thereby proximately caused injuries and damages to Plaintiff. Plaintiff requests that when the
2   true names and capacities of these DOE Defendants are ascertained, they may be inserted in
3   all subsequent proceedings, and that this action may proceed against them under their true
4   names.

5         9.     Plaintiffs are each a "consumer" as defined by the FDCPA, 15 U.S.C. 1692a(3).

6         10.    The purported debt that Defendants attempted to collect from Plaintiffs was a
7   "debt" as defined by the FDCPA, 15 U.S.C. §1692a(5).

8         11.    Plaintiffs are each a "debtor" as defined by the Rosenthal Act, California Civil
9   Code 1788.2(h).

10        12.    The purported debt which Defendants attempted to collect from Plaintiffs was a
11   "consumer debt" as defined by the Rosenthal Act, California Civil Code §1788.2(f).

12        13.    At all times relevant GOLDSMITH & HULL was the agent of LHR, INC.
13   LHR, INC. is vicariously liable for the acts and omission of GOLDSMITH & HULL.

14                      IV. FACTUAL ALLEGATIONS

15        14.    The FDCPA was enacted to "eliminate abusive debt collection practices by debt
16   collectors, to insure those debt collectors who refrain from using abusive debt collection
17   practices are not competitively disadvantaged, and to promote consistent state action to
18   protect consumers against debt collection abuses."

19        15.    At a time unknown, LHR, INC. acquired information regarding an alleged credit
20   card debt (the "Debt") it claimed belonged to Plaintiffs.

21        16.    LHR, INC. retained the services of GOLDSMITH & HULL to collect the Debt
22   from Plaintiffs.

23        17.    GOLDSMITH & HULL called both of Plaintiffs' cell phone numbers.

24        18.    GOLDSMITH & HULL told CARLOS that they would take everything away
25   from him, or words to that effect.

26        19.    GOLDSMITH & HULL told ROSA that they would take everything away from
27   HER, or words to that effect.

28        20.    GOLDSMITH & HULL told CARLOS that they would send him to jail.

21.    GOLDSMITH & HULL told ROSA that they would send her to jail.

22.    GOLDSMITH & HULL made the above-alleged threats with the purpose of coercing Plaintiffs to pay the Debt.

23.    After GOLDSMITH & HULL made the threats CARLOS was shaking with fear.

24.    As a result of the acts alleged above, both Plaintiffs suffered emotional distress.

## V.  FIRST CLAIM FOR RELIEF

### (As against Defendants for Violation of the FDCPA)

25.    Plaintiffs repeat, reallege and incorporate by reference all of the foregoing paragraphs.

26.    Defendants violated the FDCPA.  Defendants' violations include, but are not limited to, the following:

(a)    The Defendants violated 15 U.S.C. § 1692d by engaging in conduct the natural consequence of which is to harass, oppress, and abuse persons in connection with the collection of the alleged debt;

(b)    The Defendants violated 15 U.S.C. § 1692e by using false, deceptive, or misleading representations or means in connection with the collection of a debt;

(c)    The Defendants violated 15 U.S.C. § 1692e(4) by giving the impression that nonpayment of a debt will result in the arrest or imprisonment of a person and/or the seizure, garnishment, attachment, or sale of any property or wages of any person unless such action is lawful and the debt collector or creditor intends to take such action;

(d)    The Defendants violated 15 U.S.C. § 1692e(5) by threatening to take action that could not legally be taken or that was not intended to be taken;

(e)    The Defendants violated 15 U.S.C. § 1692e(7) by giving the false impression that the consumer committed a crime or other conduct in order to disgrace the consumer;

(f)   The Defendants violated 15 U.S.C. § 1692e(10) by using a false representation or deceptive means to collect or attempt to collect any debt or to obtain information regarding a consumer; and

(g)   The Defendants violated 15 U.S.C. § 1692(f) by using unfair or unconscionable means to collect or attempt to collect a debt.

27.   As a result of the above violations of the FDCPA, Defendants are liable to the Plaintiffs for Plaintiffs' actual damages, statutory damages, and attorney's fees and costs pursuant to 15 U.S.C. §1692k.

## VI.   SECOND CLAIM FOR RELIEF

### (Against all Defendants for Violation of the Rosenthal Act)

28.   Plaintiffs repeat, reallege, and incorporate by reference all of the foregoing paragraphs.

29.   Defendants violated the Rosenthal Act, by including but not limited to, the following:

(a)   The Defendants violated California Civil Code §1788.10(b) by threatening that the failure to pay a consumer debt will result in an accusation that the Plaintiff has committed a crime where such accusation, if made, would be false;

(b)   The Defendants violated California Civil Code §1788.10(e) by threatening any person that nonpayment of the consumer debt may result in the arrest of the debtor or the seizure, garnishment, or sale of any property or the garnishment or attachment of wages of the debtor, unless such action is in fact contemplated by the debt collector and permitted by the law;

(c)   The Defendants violated California Civil Code §1788.10(f) by threatening to take action against the Plaintiffs which is prohibited by this title; and

(d)   The Defendants violated California Civil Code §1788.17 by failing to comply with the FDCPA as alleged above.

1    30.    Defendants' acts as described above were done intentionally with the purpose of

2  coercing Plaintiffs to pay the alleged debt.

3    31.    As a proximate result of Defendants' violations enumerated above, Plaintiffs

4  have been damaged in amounts which are subject to proof.

5    32.    Defendants' violations of the Rosenthal Act were willful and knowing.

6  Defendants are therefore liable to Plaintiffs for Plaintiffs' actual damages, statutory damages,

7  and attorney's fees and costs pursuant to California Civil Code §1788.30.

8    **WHEREFORE**, Plaintiffs respectfully request that judgment be entered against

9  Defendants and each of them for the following:

10    (a)   Actual damages;

11    (b)   Statutory damages pursuant to 15 U.S.C. §1692k and California Civil Code

12        §1788.30(a);

13    (c)   Costs and reasonable attorney's fees pursuant to 15 U.S.C. §1692k and

14        California Civil Code §1788.30(b) and §1788.30(c); and

15    (d)   For such other and further relief as the Court may deem just and proper.

16

17  Date:  ___5/6/13___

18

19  _____

20  Jeremy S. Golden,
   Attorney for Plaintiffs

21

22

23                 **DEMAND FOR JURY TRIAL**

24    Please take notice that Plaintiffs demand trial by jury in this action.

25

26  Date:  ___5/6/13___

27

28  _____
   Jeremy S. Golden,
   Attorney for Plaintiffs

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) ROSA MALDONADO, an individual, and CARLOS MALDONADO, an individual | DEFENDANTS LHR, INC., a corporation; GOLDSMITH & HULL, APC, a professional corporation, and DOES 1 through 10 inclusive, |
|---|---|
| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) Jeremy S. Golden (SBN 228007), Golden & Cardona-Loya, LLP 3130 Bonita Road, Suite 200B, Chula Vista, CA 91910 Phone: 619-476-0030; Fax: 775-743-0307 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☐ 1 U.S. Government Plaintiff   ☑ 3 Federal Question (U.S. Government Not a Party)
☐ 2 U.S. Government Defendant   ☐ 4 Diversity (Indicate Citizenship of Parties in Item III.)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only (Place an X in one box for plaintiff and one for defendant.)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify):   ☐ 6 Multi-District Litigation   ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☑ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☑ No   ☐ MONEY DEMANDED IN COMPLAINT: $_____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
Fair Debt Collection Practices Act, 15 U.S.C. §1692, et seq.

**VII. NATURE OF SUIT** (Place an X in one box only.)

OTHER STATUTES
☐ 400 State Reapportionment
☐ 410 Antitrust
☐ 430 Banks and Banking
☐ 450 Commerce/ICC Rates/etc
☐ 460 Deportation
☐ 470 Racketeer Influenced and Corrupt Organizations
☑ 480 Consumer Credit
☐ 490 Cable/Sat TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 890 Other Statutory Actions
☐ 891 Agricultural Act
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 895 Freedom of Info. Act
☐ 900 Appeal of Fee Determination Under Equal Access to Justice
☐ 950 Constitutionality of State Statutes

CONTRACT
☐ 110 Insurance
☐ 120 Marine
☐ 130 Miller Act
☐ 140 Negotiable Instrument
☐ 150 Recovery of Overpayment & Enforcement of Judgment
☐ 151 Medicare Act
☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans)
☐ 153 Recovery of Overpayment of Veteran's Benefits
☐ 160 Stockholders' Suits
☐ 190 Other Contract
☐ 195 Contract Product Liability
☐ 196 Franchise
REAL PROPERTY
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

TORTS
PERSONAL INJURY
☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Fed. Employers' Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Personal Injury-Med Malpractice
☐ 365 Personal Injury-Product Liability
☐ 368 Asbestos Personal Injury Product Liability
IMMIGRATION
☐ 462 Naturalization Application
☐ 463 Habeas Corpus-Alien Detainee
☐ 465 Other Immigration Actions

TORTS
PERSONAL PROPERTY
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability
BANKRUPTCY
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157
CIVIL RIGHTS
☐ 441 Voting
☐ 442 Employment
☐ 443 Housing/Accommodations
☐ 444 Welfare
☐ 445 American with Disabilities - Employment
☐ 446 American with Disabilities - Other
☐ 440 Other Civil Rights

PRISONER PETITIONS
☐ 510 Motions to Vacate Sentence Habeas Corpus
☐ 530 General
☐ 535 Death Penalty
☐ 540 Mandamus/Other
☐ 550 Civil Rights
☐ 555 Prison Condition
FORFEITURE / PENALTY
☐ 610 Agriculture
☐ 620 Other Food & Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 R.R. & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety /Health
☐ 690 Other

LABOR
☐ 710 Fair Labor Standards Act
☐ 720 Labor/Mgmt. Relations
☐ 730 Labor/Mgmt. Reporting & Disclosure Act
☐ 740 Railway Labor Act
☐ 790 Other Labor Litigation
☐ 791 Empl. Ret. Inc. Security Act
PROPERTY RIGHTS
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark
SOCIAL SECURITY
☐ 861 HIA (1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g))
☐ 864 SSID Title XVI
☐ 865 RSI (405(g))
FEDERAL TAX SUITS
☐ 870 Taxes (U.S. Plaintiff or Defendant)
☐ 871 IRS-Third Party 26 USC 7609

CV13-03403

FOR OFFICE USE ONLY:   Case Number _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

CV-71 (05/08)   CIVIL COVER SHEET   Page 1 of 2

**UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA**
CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☑ No   ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☑ No   ☐ Yes
If yes, list case number(s) _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)   ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
                              ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
                              ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
                              ☐ D.  Involve the same patent, trademark or copyright, _and_ one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
      ☐   Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(b)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
      ☐   Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

(c)   List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
      **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| Los Angeles County | |

* **Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
**Note:** In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____   Date 05/06/2013

   Notice to Counsel/Parties:  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
   or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
   but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |

Name & Address:
Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Phone: 619-476-0030; Fax: 775-743-0307

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MALDONADO, an individual, and CARLOS MALDONADO, an individual<br><br>PLAINTIFF(S)<br><br>v.<br><br>LHR, INC., a corporation; GOLDSMITH & HULL, APC, a professional corporation; and DOES 1 through 10 inclusive,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV13-03403-JEm<br><br><br>**SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, _Jeremy S. Golden_____, whose address is _3031 Bonita Road, Suite 200B, Chula Vista, CA 91910_____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated: _MAY 1 3 2013_____

By: _____
     MARILYN DAVIS
     Deputy Clerk

     (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*

Name & Address:
Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
Phone: 619-476-0030; Fax: 775-743-0307

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MALDONADO, an individual, and CARLOS MALDONADO, an individual <br><br> PLAINTIFF(S) <br><br> v. <br><br> LHR, INC., a corporation; GOLDSMITH & HULL, APC, a professional corporation; and DOES 1 through 10 inclusive, <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV13-03403-JEM <br><br><br> **SUMMONS** |

TO:     DEFENDANT(S):

A lawsuit has been filed against you.

Within   21   days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney,  Jeremy S. Golden _____, whose address is  3031 Bonita Road, Suite 200B, Chula Vista, CA 91910 _____.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Clerk, U.S. District Court

Dated:   MAY 1 3 2013 _____

By: _Marilyn Jin_ _____
                    Deputy Clerk

*(Seal of the Court)*

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*