JS-6

Jeremy S. Golden (SBN 228007)
Golden & Cardona-Loya, LLP
3130 Bonita Road, Suite 200B
Chula Vista, CA 91910
jeremy@goldencardona.com
Tel: 619-476-0030; Fax: 775-743-0307
Attorney for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSA MALDONADO, et al. | Case No.: 2:13-cv-03403-ABC-PJW |
| Plaintiff | **Order on Stipulation to Dismiss Entire Action with Prejudice** |
| v. | |
| LHR, INC.; et al, | |
| Defendants. | |

Pursuant to the parties' Stipulation, this Court hereby dismisses the above-captioned action in its entirety with prejudice.

IT IS SO ORDERED

DATE: 8/21/2014          BY: _____
                              UNITED STATES DISTRICT JUDGE
                              ANDRE BIROTTE, JR.

1